AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | |
|---|---|
| ERMA WILSON | ) |
| *Plaintiff(s)* | ) ) ) ) |
| v. | ) Civil Action No. 7:22-cv-00085 |
| MIDLAND COUNTY; WELDON "RALPH" PETTY, JR., sued in his individual capacity; and ALBERT SCHORRE, JR., sued in his individual capacity | ) ) ) ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Weldon "Ralph" Petty, Jr.
2522 Quail Pt.
Midland, TX 79705

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Anya Bidwell
Institute for Justice
901 N. Glebe Road, Suite 900
Arlington, VA 22203

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 04/12/2022

*Signature of Clerk or Deputy Clerk*