## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **ERMA WILSON,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | **No. MO:22-cv-85-DC** |
| | § | |
| **MIDLAND COUNTY, TEXAS;** | § | |
| **WELDON "RALPH" PETTY, JR.,** | § | |
| **Individually; ALBERT SCHORRE, JR.,** | § | |
| **Individually,** | § | |
| | § | |
| *Defendants.* | § | |

## FINAL JUDGMENT

On this day, the Court adopted the Report and Recommendation of the United States Magistrate Judge concerning Defendants' Motions to Dismiss (Docs. 16, 19). The Court's Order dismissed without prejudice Plaintiff's claims. As nothing remains to resolve, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that each party bear its own costs.

**IT IS FURTHER ORDERED** that the case is **CLOSED**.

It is so **ORDERED**.

SIGNED this 13th day of October, 2022.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE